M. P. No. 75-266. DR. THERESA E. TRIFARI *et al.* *v.* EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF PROVIDENCE *et al.* The respondent is ordered to *show cause,* if any it has,

why a petition for writ of certiorari should not be granted in this case, and case is assigned for oral argument to Friday, December 5, 1975. *Richard G. Gelineau,* for petitioners. *Louis A. Mascia,* City Solicitor, for respondent.